```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| AUGUSTO PETTIFUND,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY,<br><br>        Defendant. | Civil Action<br>No. 16-6673 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Augusto Pettifund seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not complete the application and left several pages blank. The Court will therefore deny the application without prejudice, and the matter shall be administratively terminated pending submission of the $350 filing fee and $50 administrative fee or a complete IFP application.

    An appropriate order follows.


**November 18, 2016**                    **s/ Jerome B. Simandle**
Date                                      JEROME B. SIMANDLE
                                            Chief U.S. District Judge